# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

|  |  |  |
|---|---|---|
| HOWARD COHAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO. 6:24-cv-00180-CEM-RMN |
| EYM DINER OF FLORIDA, LLC a foreign limited liability company d/b/a DENNY'S, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendant, EYM DINER OF FLORIDA, LLC d/b/a DENNY'S, through their undersigned counsel and pursuant to Local Rule 3.08(a), M.D. Fla., notify the Court that the parties have reached a settlement of all claims in this matter.  Upon finalization of the settlement documents, the parties will file a Joint Stipulation for Dismissal with Prejudice.

DATED this 14th day of March, 2024.

Respectfully submitted,

Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone:  (561) 729-0940
Facsimile:    (561) 491-9459

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:   (407) 246-8440
Facsimile:     (407) 246-8441


By:   */s/ Gregory S. Sconzo*
        Gregory S. Sconzo
        Florida Bar No. 0105553
        greg@sconzolawoffice.com

By:   */s/ Alicia M. Chiu*
        Alicia M. Chiu
        Florida Bar No. 0058366
        alicia.chiu@jacksonlewis.com

Attorneys for Plaintiff

Attorneys for Defendant


4883-8412-3565, v. 1

2