**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN

      Plaintiffs,

vs.                                                    CASE NO.: 6:24-CV-00180-CEM-RMN

EYM DINER OF FLORIDA, LLC,

      Defendant.

_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      All Parties, by and through their undersigned attorneys, hereby stipulate and agree

to a dismissal with prejudice of all claims set forth in this action pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(ii), with all parties hereto to bear their own fees and costs.

      Respectfully submitted on this 5th day of June 2024 by:

| | |
|---|---|
| *s/Alicia M. Chiu* | *s/Gregory S. Sconzo* |
| Alicia M. Chiu, Esq. | Gregory S. Sconzo, Esq. |
| Florida Bar No. 58366 | Florida Bar No. 105553 |
| Alicia.chiu@gtlaw.com | Sconzolaw@gmail.com |
| Greenberg Traurig, P.A. | 3825 PGA Boulevard, Suite 207 |
| 450 South Orange Avenue, Suite 650 | Palm Beach Gardens, Florida 33410 |
| Orlando, Florida 32801 | Telephone: 561.729.0940 |
| Telephone: 407.420.1000 | |

ACTIVE 699156788v1